**IT IS ORDERED as set forth below:**



**Date: April 9, 2019**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| HEATHER LEE FINLEY | : | CASE NO. G19-20004-JRS |
| DEBTOR | : | |

### SUPPLEMENTAL ORDER OF CONFIRMATION

The above and foregoing matter came before this Court for confirmation March 28, 2019 at

9:45 a.m., and the Trustee having objected to the confirmation of this case for failure of the Debtor to

submit to an Employee Deduction Order and it appears that the Debtor and the Chapter 13 Trustee

have entered into this Agreement to resolve the Trustee's objection, **IT IS**

**ORDERED** that the Debtor shall strictly comply with the requirements of the Chapter 13 Plan.

If during the first twelve (12) months following confirmation, Debtor fails to pay each plan payment

on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-

compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve this Order on the parties included in the attached

Distribution List.

## END OF DOCUMENT

Presented by:


/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201


Consented by:


/s/_____
Brian M. Deitz
Attorney for Debtor
GA Bar No. 818416
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
*Signed by Eric W. Roach*
*with express permission*

## DISTRIBUTION LIST

### CASE NO.: G19-20004-JRS

**Debtor(s):**
Heather Lee Finley
22 Overlake Ct.
Morganton, GA 30560

**Debtor(s) Attorney:**
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., Ne, Ste 120
Atlanta, GA 30303